**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000002
21-MAY-2024
07:52 AM
Dkt. 52 OAWST**

NO. CAAP-22-0000002

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

FIRST INSURANCE COMPANY OF HAWAII, LTD., a Domestic Profit Corporation, and FIRST FIRE & CASUALTY INSURANCE, a Domestic Profit Corporation, Plaintiffs-Appellants,
v.
AKITA ENTERPRISES, LTD., a Domestic Profit Corporation, LIN AKITA, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-20-0000072)

**ORDER**
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice of Appeal, filed by Plaintiffs-Appellants First Insurance Company of Hawaii, Ltd. and First Fire & Casualty Insurance and Defendant-Appellee Akita Enterprises, Ltd. on May 17, 2024, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, May 21, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge